UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH SHAWVER,

    Plaintiff,

v.                                        Case No. 10-CV-14386

LIBERTY INSURANCE CORPORATION,

    Defendant.
                                            /

**ORDER OF DISMISSAL**

On August 29, 2011, the court was notified that the parties arrived at a mutually agreeable settlement of this matter. Accordingly,

IT IS ORDERED that the above-entitled action is DISMISSED without prejudice. Either party can move to reopen this case by **September 29, 2011** if settlement is not finalized. **After September 29, 2011,** this dismissal will be with prejudice.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: August 30, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 30, 2011, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522